**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER-MICHAEL WILLIAMS, | : | Case No. 2:26-cv-00259 |
| | : | |
| Plaintiff, | : | District Judge Michael H. Watson |
| | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| vs. | : | |
| | : | |
| ANNETTE CHAMBERS-SMITH, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Plaintiff Christopher-Michael Williams recently submitted a *pro se* Complaint and related documents to this Court. The resulting case, No. 2:26-cv-00259, has been assigned to District Judge Michael H. Watson. Certain matters have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and this Court's Amended General Order No. 22-05. (*See also* Doc. No. 5.)

The Court's review of Plaintiff's initial filings is ongoing. Plaintiff has not yet paid the filing fees or resolved the deficiency with his *in forma pauperis* application. (*See* IFP Application, Doc. No. 1-12; Notice of Deficiency, Doc. No. 2 [noting that the application does not contain a copy of Plaintiff's trust fund account statement].) More recently, however, Plaintiff filed a "Motion for an Order Clarifying Debt Collection Under 28 U.S.C. §1915(B)(2) to Cashiers Office Collecting Funds" in this case. (Doc. No. 6.) Therein, he refers to actions taken to collect the filing fee in one of his other

cases, No. 2:25-cv-00154. (*See, e.g.*, Doc. No. 6-1 at PageID 132-133 [referring to said case number].) Plaintiff filed the same or a very similar motion in that case the same day he filed the instant motion. (*Compare* Doc. No. 6 in Case No. 2:26-cv-00259 *with* Doc. No. 28 in Case No. 2:25-cv-00154.)

Any dispute concerning the filing fee in Case No. 2:25-cv-00154 must be resolved in that case and is not appropriately considered here. The instant motion filed in Case No. 2:26-cv-00259 is therefore **DENIED**. (Doc. No. 6.)

Plaintiff's response to the Notice of Deficiency in this case remains due **April 2, 2026**. (Doc. No. 2.)

**IT IS SO ORDERED.**

_____*/s/ Caroline H. Gentry*_____
Caroline H. Gentry
UNITED STATES MAGISTRATE JUDGE

2