## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Christopher Michael Williams,**

  **Plaintiff,**

  **v.**

**Annette Chambers-Smith, *et al.*,**

  **Defendants.**

**Case No. 2:26-cv-259**

**Judge Michael H. Watson**

**Magistrate Judge Gentry**

## ORDER

The Magistrate Judge issued an Order and Report and Recommendation ("OR&R") concerning this prisoner civil rights case.  OR&R, ECF No. 11.  The OR&R permitted Christopher Michael Williams ("Plaintiff") to proceed on some claims but recommended that the Court dismiss other claims, deny Plaintiff's motion for a temporary restraining order ("TRO"), and hold in abeyance Plaintiff's motion for a preliminary injunction.  *Id.*

Specifically, the OR&R permitted Plaintiff to proceed on the following claims against all Defendants: (1) First Amendment free exercise; (2) First Amendment establishment of religion; (3) Fourteenth Amendment Equal Protection; (4) Eighth Amendment; and (5) state-law claims for violations of the Ohio Constitution.  *Id.* at 9.  The OR&R also permitted Plaintiff to proceed on: (1) a retaliation claim against Defendant Marcus; and (2) supervisory liability claims against Defendants Haywood, Free, Davis, and Morrow.  *Id.*

The OR&R recommended dismissing with prejudice, however, any official-capacity claims for damages as barred by sovereign immunity. *Id.* at 10–11. It recommended dismissing without prejudice all conspiracy claims for failure to state a claim. *Id.* at 11–12.

With respect to Plaintiff's request for a TRO and preliminary injunction, the OR&R concluded that Plaintiff failed to certify his attempt to provide notice to Defendants such that the Court is not permitted to grant an *ex parte* TRO. *Id.* at 15. The OR&R also concluded that a TRO would alter the status quo—rather than preserve the same—and that Plaintiff had not demonstrated either immediate and irreparable harm or a strong likelihood of success on the merits. *Id.* at 15–17. Finally, the OR&R concluded that the Court lacks sufficient information to determine whether the temporary relief Plaintiff seeks would comply with 18 U.S.C. § 3626(a)(2). Thus, it recommended denying Plaintiff's motion for a TRO and holding in abeyance the motion for a preliminary injunction. *Id.* at 17.

The OR&R notified Plaintiff of his right to object to the recommendations contained in the same and of the consequences of failing to do so. *Id.* at 19. Plaintiff failed to object.

Accordingly, the Court **ADOPTS** the recommendations in the OR&R without conducting a *de novo* review. The Court **DISMISSES WITH PREJUDICE** any official-capacity claims for damages and **DISMISSES WITHOUT PREJUDICE** all conspiracy claims. The Court **DENIES** Plaintiff's motion for a

Case No. 2:26-cv-259                                                      Page 2 of 3

TRO and **HOLDS IN ABEYANCE** Plaintiff's motion for a preliminary injunction.

ECF No. 3.

The Clerk shall **TERMINATE** ECF Nos. 3 and 11 as pending motions.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**