**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER-MICHAEL WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>ANNETTE CHAMBERS-SMITH, *et al.*,<br><br>Defendants. | : | Case No. 2:26-cv-00259<br><br>District Judge Michael H. Watson<br>Magistrate Judge Caroline H. Gentry |

# ORDER STRIKING MOTIONS

On July 14, 2026, the undersigned Magistrate Judge advised Plaintiff that the Court intended to strike three unsigned motions unless he corrected the omission by August 12, 2026. (*See* Order to Sign Motion, Doc. No. 19.) The three motions are:

**(1)** a Motion to Amend and Supplement Complaint (Doc. No. 15);

**(2)** a Motion for Emergency Injunction and TRO (Doc. No. 16); and

**(3)** a Motion to Amend Motion for Emergency Injunction and TRO filed May 29TH, 2026 (Doc. No. 17).

Plaintiff thereafter filed the following signed motions:

**(A)** a Motion to Amend Motion for Emergency Injunction and TRO filed May 29TH, 2026 (Doc. No. 20);

**(B)** a Corrected Motion to Amend and Supplement Complaint (Doc. No. 22); and

**(C)** a Motion for Leave to File New Request for Temporary Restraining Order (Doc. No. 23).

Upon review, it appears that Plaintiff signed and resubmitted one of the previous motions—the "Motion to Amend Motion for Emergency Injunction and TRO Filed May 29TH, 2026." (*Compare* Doc. No. 17 *with* Doc. No. 20.) The Court will therefore consider the signed version (Doc. No. 20) and strike the unsigned version (Doc. No. 17).

Plaintiff did not sign and resubmit the "Motion to Amend and Supplement Complaint." (Doc. No. 15.) He instead submitted a "Corrected Motion to Amend and Supplement Complaint." (Doc. No. 22.) The Court will consider the corrected motion (Doc. No. 22) and strike the unsigned, original version (Doc. No. 15.)

Plaintiff did not sign and resubmit the "Motion for Emergency Injunction and TRO." (Doc. No. 16.) He submitted instead a new motion: a "Motion for Leave to File New Request for Temporary Restraining Order." (Doc. No. 23.) The Court will consider the new motion (Doc. No. 23) and strike the unsigned motion (Doc. No. 16).

In sum, the Court will consider Plaintiff's three new motions. (Doc. No. 20, 22, 23.) The Clerk of Court is **DIRECTED** to **STRIKE** the three unsigned motions from the docket. (Doc. No. 15, 16, 17.)

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
Caroline H. Gentry
UNITED STATES MAGISTRATE JUDGE